PROBATION FORM NO. 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Crim #: **3:03CR00090(DJS)**

Elizabeth Roman

Re: **Early Termination of Supervision**

On **December 27, 2002**, the above named was placed on **SUPERVISED RELEASE** for a period of **three (3)** years by the Honorable Donald M. Middlebrooks, United States District Court, District of Southern Florida. Supervision was transferred to Connecticut on December 27, 2002 and a transfer of jurisdiction was completed on April 10, 2003. The case was assigned to Your Honor. Ms. Roman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 29th day of **November, 2004**.

The Honorable Dominic J. Squatrito
Senior United States District Court Judge