# MEMORANDUM

**To:** The Honorable Dominic J. Squatrito
United States District Judge

**From:** Dennis G. Linder
United States Probation Officer

**Subject:** **ROMAN, Elizabeth**
**Dkt. No. 3:03CR00090(DJS)**
**Request for Early Termination**

**Date:** November 16, 2004

Reference is made to the above-named defendant who was sentenced on May 1, 1998, by the Honorable Donald M. Middlebrooks, United States District Judge, Southern District of Florida, following her conviction on a charge of Importation of Heroin into the United States, in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2. Ms. Roman was sentenced to 78 months imprisonment, followed by three years supervised release after she was found guilty by jury verdict on Count Two of a four count Superseding Indictment. The following special condition of supervised release was imposed: the defendant shall participate in an approved treatment program for substance abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of service rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. The defendant shall pay a $100 special assessment immediately. Supervision began on December 27, 2002 and is scheduled to terminate on December 26, 2005. Supervision was transferred to Connecticut on December 27, 2002 and a transfer of jurisdiction was completed on April 10, 2003. The case was assigned to Your Honor.

At this time, the defendant resides with her daughter and life-partner in Charlotte, North Carolina. The request to transfer to North Carolina was approved primarily to aid Ms. Roman's daughter, who was molested by a family member while Ms. Roman was incarcerated. Ms. Roman has satisfied all of the Court ordered special conditions, and is very compliant with supervision. Ms. Roman has maintained stable employment throughout her term of supervised release and appears to have met the goals of sentencing. The defendant meets the criteria for early termination under 18 U.S.C. § 3583(e)(1). It is respectfully recommended that the defendant's probation term be terminated.

DGL/ds

PROBATION FORM NO. 35 (1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Elizabeth Roman

Crim #: **3:03CR00090(DJS)**

Re: **Early Termination of Supervision**

On **December 27, 2002**, the above named was placed on **SUPERVISED RELEASE** for a period of **three (3)** years by the Honorable Donald M. Middlebrooks, United States District Court, District of Southern Florida. Supervision was transferred to Connecticut on December 27, 2002 and a transfer of jurisdiction was completed on April 10, 2003. The case was assigned to Your Honor. Ms. Roman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this ___ day of November, 2004.

The Honorable Dominic J. Squatrito
Senior United States District Court Judge